(JS-6)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS BUCK, an individual,

        Plaintiff,

    v.

KELLY SERVICES GLOBAL, LLC, a corporation; NATIONAL DISTRIBUTION CENTERS, LLC, a corporation, and DOES 1 through 25,

        Defendants.

**CASE NO. 5:25-cv-00158-KK-DTB**
*[Assigned to the Hon. Kenly Kiya Kato]*

[Removed from San Bernardino Superior Court Case No. CIVSB2434151]

**ORDER RE: STIPULATION BY PARTIES TO REMAND ACTION TO STATE COURT**

Complaint Filed: December 5, 2024
Removal Date:    January 21, 2025

| Case No.: 5:25-cv-00158-KK-DTB | 1 | ORDER RE: STIPULATION TO REMAND ACTION TO STATE COURT |
|---|---|---|

1

## <u>ORDER</u>

Pursuant to the Stipulation between the Parties [DKT. 18], and for good cause appearing, the Court hereby ORDERS this action is immediately remanded to the Superior Court of California for the County of San Bernardino.

**IT IS SO ORDERED.**

Dated: __May 29, 2025__          _____

Hon. Kenly Kiya Kato
United States District Judge

4907-5137-9527, v. 1

| Case No.: 5:25-cv-00158-KK-DTB | 2 | ORDER RE:  STIPULATION TO REMAND ACTION TO STATE COURT |